# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/22

July 11, 2022

**Via ECF**

Hon. Barbara C. Moses, USMJ
United States District Court, SDNY
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

<u>Re: Melendez v. Gabrielli Truck Sales, Ltd.</u>
Case No.  22-CV-03399 (AT)(BCM)
Motion for Extension of Time

Dear Magistrate-Judge Moses:

    My firm represents plaintiff Francisco Melendez ("Plaintiff") in the above-referenced action, and I respectfully write to request a brief one-week extension of the July 11, 2022 deadline for the parties to provide a fully-executed copy of the revised settlement agreement. This request is being made because Defendant requires some additional time to arrange for signatures on their side – defense counsel has indicated that he expects to have the fully-executed agreement by tomorrow. No prior request for an extension of this deadline was made.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:** Defense Counsel via ECF

> Application GRANTED. The deadline for the parties to submit their modified *Cheeks* submission is EXTENDED to **July 18, 2022**. SO ORDERED.
>
> _/s/ Barbara Moses_
> Barbara Moses
> United States Magistrate Judge
> July 12, 2022

1